# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | | |
|---|---|---|
| LIONEL D. SCURRY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  6:16-cv-00966-LSC-SCG |
| | ) | |
| DARYL ATKINS, Detective, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on February 27, 2017, recommending this action be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b), as frivolous.  (Doc. 10).  Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is **ADOPTED** and the recommendation is **ACCEPTED**.  Therefore, in accordance with 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice as frivolous.

A final judgment will be entered separately.

**DONE** AND **ORDERED** ON APRIL 20, 2017.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704